IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE STEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>G. WOODS; DR. ARTHUR F. MAJOR;<br>DR. R. NORTON; STANLAKE K. YE;<br>G. ELLIS; N. WARREN,<br><br>    Defendants. | No. C 11-1243 JSW (PR)<br><br>**ORDER ON PENDING MOTIONS**<br><br><br>(Docket Nos. 21, 24, 25) |

Good cause appearing, Plaintiff's motion for an extension of time in which to propound discovery (docket numbers 24 & 25) pursuant to the order of July 15, 2011, is DENIED as unnecessary because there is currently no deadline for him to propound said discovery. Good cause appearing, Defendants' request for an extension of time, to and including September 30, 2011, in which to file a dispositive motion (docket number 21) is GRANTED. Plaintiff's opposition is due within thirty days of the date the motion is filed, and Defendants **shall** file a reply brief within 14 days of the date the opposition is filed.

IT IS SO ORDERED.

DATED: September 19, 2011

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

DALE RICHARD STEIN,

    Plaintiff,

  v.

G WOODS et al,

    Defendant.
_____/

Case Number: CV11-01243 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale R. Stein
S.V.S.P.
P.O. Box 1050
J82424
Soledad, CA 93960

Dated: September 19, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk