IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE STEIN, | ) | No. C 11-1243 JSW (PR) |
| Plaintiff, | )<br>)<br>) | **ORDER GRANTING EXTENSIONS OF TIME** |
| v. | ) | |
| G. WOODS; DR. ARTHUR F. MAJOR;<br>DR. R. NORTON; STANLAKE K. YE;<br>G. ELLIS; N. WARREN, | )<br>)<br>) | (Docket Nos. 37 and 39) |
| Defendants. | ) | |

Good cause appearing, Plaintiff's motion for an extension of time in which to file an opposition (docket number 37) and Defendants' motion for an extension of time in which to file a reply brief (docket number 39) are GRANTED.

IT IS SO ORDERED.

DATED: February 1, 2012

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

DALE RICHARD STEIN,

    Plaintiff,

v.

G WOODS et al,

    Defendant.
_____/

Case Number: CV11-01243 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale R. Stein
S.V.S.P.
P.O. Box 1050
J82424
Soledad, CA 93960

Dated: February 1, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk