UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DALE R. STEIN, | No. 11-CV-1243 JSW (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| G. WOODS, D.D.S., et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DALE R. STEIN, inmate no. J82424, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 16, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Randy Grounds, Warden

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DALE R. STEIN, inmate no J82424, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on November 28, 2012, at 11:00 a.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Stein v. Woods, et al., 11-CV-1243 JSW (NJV)*,

1  and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution,
2  or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody
3  of said prisoner, and further to produce said prisoner at all times necessary until the termination of the
4  proceedings for which his testimony is required in this Court;

5      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: October 16, 2012

9      RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

10

11  By: Linn Van Meter
      Administrative Law Clerk

15  Dated: October 16, 2012

    NANDOR
    United Sta

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Nandor J. Vadas, signed]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DALE R. STEIN, | No. 11-CV-1243 JSW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| G. WOODS, D.D.S, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 16, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dale R. Stein
S.V.S.P.
P.O. Box 1050
J82424
Soledad, CA 93960

Copy mailed and faxed to:

Litigation Coordinator Enedelia Donnelly

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas