UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DALE R. STEIN, | No.11- CV-1243 JSW (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| G. WOODS, D.D.S., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a telephonic status conference is scheduled in this case for 1:30 p.m. on December 4, 2012. The parties shall dial 888-684-8852, and enter access code 1868782 and security code 7416. At the status conference, the parties shall report on their progress towards settlement following the settlement conference on November 28, 2012. Defense counsel shall provide for the telephonic appearance of Plaintiff.

IT IS SO ORDERED.

Dated: November 28, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DALE R. STEIN,

        Plaintiff,

v.

G. WOODS, D.D.S., et al,

        Defendants.
                                        /

No. 11 - CV- 1243 JSW (NJV)

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on November 28, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dale R. Stein
S.V.S.P.
P.O. Box 1050
J82424
Soledad, CA 9396

Dated: November 28, 2012

                            /s/ *Linn Van Meter*
                              Linn Van Meter
                           Administrative Law Clerk to the
                           Honorable Nandor J. Vadas